THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. McKEEVER et al., Appellants, *v.* THEODORE B. WILLIS, as Commissioner of City Works of the City of Brooklyn, Respondent.

In the Matter of the Application of EDWARD J. McKEEVER, for a Writ of Certiorari, Appellant.

*People ex rel. McKeever* v. *Willis,* 6 App. Div. 231, and *In re Appn. McKeever,* 6 App. Div. 610, affirmed.

(Argued November 30, 1896; decided December 15, 1896.)

APPEALS from two orders of the Appellate Division of the Supreme Court in the second judicial department, entered June 19, 1896, one of which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel respondent to award to relators a contract for cleaning the streets of the city of Brooklyn, and the other affirmed an order of the Special Term denying an application for a writ of certiorari.

*Almet F. Jenks* and *Jerry A. Wernberg* for appellants.

*Joseph A. Burr* for respondent.

Orders affirmed, on the construction given to the charter by the courts below, with costs; no opinion.

All concur.